IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

       v.                                                      13-CR-53

NICHOLAS MUSSOLINI
a/k/a Nicole Mussolini,

                    Defendant.

_____

## NOTICE OF APPEARANCE

**TO**:    **Clerk of the United States District Court
for the Western District of New York**

You are hereby requested to add RUSSELL T. IPPOLITO, JR. as co-counsel for the United States on the above-entitled action.

DATED:    Buffalo, New York, January 13, 2014.

                                              Respectfully submitted,

                                              WILLIAM J. HOCHUL, Jr.
                                              United States Attorney

BY:    ***S/ RUSSELL T. IPPOLITO, JR.***
          Assistant United States Attorney
          United States Attorney's Office
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York 14202
          (716) 843-5700, ext. 843
          *rippolito@usa.doj.gov*